UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTHA BANKS,

                Plaintiff,

-v-

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 10-CV-6462 (KMK)

ORDER ADOPTING REPORT AND RECOMMENDATION

KENNETH M. KARAS, District Judge:

        On July 8, 2016, Magistrate Judge McCarthy entered a Report & Recommendation ("R&R") recommending that this Court grant in part and deny in part Plaintiff's Motion for Judgment on the Pleadings, and grant Defendant's Cross-Motion to Remand. (R&R 37 (Dkt. No. 32).) In the R&R, Judge McCarthy provides notice that objections to the R&R were due within 14 days, and that failure to object would preclude later appellate review of any order of judgment that will be entered. (*Id.* at 37–38.) No objections have been filed.

        Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (internal quotation marks omitted); *see also Iannolo v. Astrue*, No. 10-CV-7602, 2012 WL 523619, at *1 (S.D.N.Y. Feb. 16, 2012) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

        ORDERED that Plaintiff's Motion is granted in part and denied in part, and Defendant's Motion is granted. The case is remanded for further administrative proceedings in accordance with Judge McCarthy's Recommendation. The Clerk of Court is respectfully requested to terminate this case.

DATED:     White Plains, New York
               September 27, 2016

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE