ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTHA BANKS,

        Plaintiff,

v.

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

No. 10-CV-6462 (KMK) (JCM)

ORDER ADOPTING R&R

KENNETH M. KARAS, District Judge:

    On June 30, 2017, Magistrate Judge Judith C. McCarthy entered a Report & Recommendation (the "R&R") recommending that this Court grant in part Plaintiff's application for attorney's fees. (R&R 10 (Dkt. No. 51).) In the thorough R&R, Judge McCarthy provided notice that objections to the R&R were due within 14 days and that failure to object would preclude later appellate review of any order of judgment that will be entered. (*Id.* at 10–11.) No objections were filed.

    Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (internal quotation marks omitted); *see also Iannolo v. Astrue*, No. 10-CV-7602, 2012 WL 523619, at *1 (S.D.N.Y. Feb. 16, 2012) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

    Accordingly, it is hereby:

    ORDERED that Plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) is granted in part, in the amount of $11,644.52, with the award

to be made payable to Plaintiff's counsel. The Clerk of Court is respectfully requested to terminate the pending Motion. (Dkt. No. 36.)

SO ORDERED.

Dated: September 6, 2017
       White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE